Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 18−30569−VFP
           Chapter: 13
           Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Naomi M McCombs
   805 Hampden Street
   Linden, NJ 07036

Social Security No.:
   xxx−xx−3821

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          12/20/18
Time:         10:00 AM
Location:      Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 17, 2018
JAN: ntp

                          Jeanne Naughton
                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Naomi M McCombs
    Debtor

Case No. 18-30569-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 17, 2018
                        Form ID: 132     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2018.
```
db            +Naomi M McCombs,    805 Hampden Street,    Linden, NJ 07036-6409
517815852      Accurate Diagnosic Labs,    3000 Hadley Rd,    South Plainfield, NJ 07080-1183
517815853      Americollect, Inc.,    PO Box 1505,    Manitowoc, WI 54221-1505
517815854     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     PO Box 15025,    WILMINGTON, DE 19886-5025)
517815856      CHASE BANK U.S.A.,    PO Box 1423,    Charlotte, NC 28201-1423
517815855      Care Station Medical Group,    PO Box 352,    Linden, NJ 07036-0352
517815857      Ditech Financial LLC,    c/o KML Law Group, P.C.,    216 Haddon Ave Ste 406,
               Westmont, NJ 08108-2812
517815858     ++G  L  A  COLLECTION CO  INC,    PO BOX 588,    GREENSBURG IN 47240-0588
               (address filed with court: GLA Collection Company, Inc.,      2630 Gleeson Way,
                 Louisville, KY 40299-1772)
517815859     ++GOLD KEY CREDIT INC,    PO BOX 15670,    BROOKSVILLE FL 34604-0122
               (address filed with court: Gold Key Credit, Inc.,     PO Box 15670,
                 Brooksville, FL 34604-0122)
517815860      PROBILL,    PO Box 2078,    Huntington, WV 25720-2078
517815861      Roselle Fire Dept.,    PO Box 207,    Allentown, PA 18105-0207
517815863      Thalody Medical Associates,    240 Williamson St Ste 400,    Elizabeth, NJ 07202-3672
517815864      Trinitas Hospital,    RTR Financial Services, Inc.,    PO Box 6905,    Elizabeth, NJ 07206-6905
517815865      Trinitas Regional Medical Cente,    225 Williamson St,    Elizabeth, NJ 07202-3625
517815866      Trinitas Regional Medical Cente,    c/o Steven H. Finkelstein, LLC,    PO Box 6905,
                 Elizabeth, NJ 07206-6905
517815867      Trinitas Regional Medical Center,    225 Williamson St,    Elizabeth, NJ 07202-3625
517815868      University Radiology Group,    PO Box 1075,    East Brunswick, NJ 08816-1075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2018 00:47:15     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 00:47:11     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517815858      E-mail/Text: bankruptcy@glacompany.com Oct 18 2018 00:45:59     GLA Collection Company, Inc.,
                 2630 Gleeson Way,    Louisville, KY 40299-1772
517815862      E-mail/Text: bankruptcy@savit.com Oct 18 2018 00:48:07     Savit Collection Agency,
                 PO Box 250,    East Brunswick, NJ 08816-0250
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                             Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2018 at the address(es) listed below:
```
              Donald C. Goins    on behalf of Debtor Naomi M McCombs dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```