Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−30569−VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Naomi M McCombs
   805 Hampden Street
   Linden, NJ 07036

Social Security No.:
   xxx−xx−3821

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/12/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 12, 2019
JAN: rah

                                                                                                                Jeanne Naughton
                                                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-30569-VFP
Naomi M McCombs                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin          Page 1 of 2         Date Rcvd: Aug 12, 2019
                         Form ID: 148         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2019.
```
db            +Naomi M McCombs,    805 Hampden Street,    Linden, NJ 07036-6409
517815852      Accurate Diagnosic Labs,    3000 Hadley Rd,    South Plainfield, NJ 07080-1183
517815853      Americollect, Inc.,    PO Box 1505,    Manitowoc, WI 54221-1505
517815854    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    PO Box 15025,    WILMINGTON, DE 19886-5025)
517815856      CHASE BANK U.S.A.,    PO Box 1423,    Charlotte, NC 28201-1423
517815855      Care Station Medical Group,    PO Box 352,    Linden, NJ 07036-0352
517815857      Ditech Financial LLC,    c/o KML Law Group, P.C.,    216 Haddon Ave Ste 406,
                Westmont, NJ 08108-2812
517815859    ++GOLD KEY CREDIT INC,    PO BOX 15670,    BROOKSVILLE FL 34604-0122
              (address filed with court: Gold Key Credit, Inc.,    PO Box 15670,
                Brooksville, FL 34604-0122)
517815860      PROBILL,    PO Box 2078,    Huntington, WV 25720-2078
517815861      Roselle Fire Dept.,    PO Box 207,    Allentown, PA 18105-0207
517815867    ++TRINITAS REGIONAL MEDICAL CENTER,    ATTN TONI LOGIUDICE,    225 WILLIAMSON STREET,
                ELIZABETH NJ 07202-3625
              (address filed with court: Trinitas Regional Medical Center,    225 Williamson St,
                Elizabeth, NJ 07202-3625)
517815863      Thalody Medical Associates,    240 Williamson St Ste 400,    Elizabeth, NJ 07202-3672
517815864      Trinitas Hospital,    RTR Financial Services, Inc.,    PO Box 6905,    Elizabeth, NJ 07206-6905
517815865      Trinitas Regional Medical Cente,    225 Williamson St,    Elizabeth, NJ 07202-3625
517815866      Trinitas Regional Medical Cente,    c/o Steven H. Finkelstein, LLC,    PO Box 6905,
                Elizabeth, NJ 07206-6905
517815868      University Radiology Group,    PO Box 1075,    East Brunswick, NJ 08816-1075
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 12 2019 23:44:54     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 12 2019 23:44:52     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517815858      E-mail/Text: bankruptcy@glacompany.com Aug 12 2019 23:43:58     GLA Collection Company, Inc.,
                2630 Gleeson Way,    Louisville, KY 40299-1772
517815862      E-mail/Text: bankruptcy@savit.com Aug 12 2019 23:45:35     Savit Collection Agency,
                PO Box 250,    East Brunswick, NJ 08816-0250
                                                                                              TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517935641      Ditech Financial PO box 6154 Rapid City SD, 57709-
                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
```
          Denise E. Carlon   on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Donald C. Goins   on behalf of Debtor Naomi M McCombs dcgoins1@gmail.com,
           G25787@notify.cincompass.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz   on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Aug 12, 2019
                               Form ID: 148             Total Noticed: 20

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```